```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 17322
   RAYMOND SIEGEL
   COLLEN M SIEGEL                            CHAPTER 13

                                              JUDGE: A BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-2689     SSN XXX-XX-7037

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/03/2004 and was confirmed 07/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  33.58% from remaining funds.

     The case was paid in full 08/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
FIRST NATL BANK OF BROOK  CURRENT MORTG         .00             .00            .00
FIDELITY BANK             CURRENT MORTG         .00             .00            .00
FIDELITY BANK             MORTGAGE ARRE      585.20             .00         585.20
SCHOTTLER & ZUKOSKY       PRIORITY        NOT FILED             .00            .00
ALLIED INTERSTATE         NOTICE ONLY     NOT FILED             .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         2320.74             .00         779.18
RESURGENT CAPITAL SERVIC  UNSECURED         4502.74             .00        1511.79
CREDITORS COLLECTION BUR  NOTICE ONLY     NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED       NOT FILED             .00            .00
CREDIT PROTECTION ASSOCI  NOTICE ONLY     NOT FILED             .00            .00
ENCORE RECEIVABLES        UNSECURED       NOT FILED             .00            .00
ROUNDUP FUNDING LLC       UNSECURED         5091.60             .00        1709.50
GATEWAY                   UNSECURED       NOT FILED             .00            .00
KOHLS                     UNSECURED       NOT FILED             .00            .00
LOYOLA UNIVERSITY OF CHI  UNSECURED       NOT FILED             .00            .00
LOYOLA PHYSICIANS FDN     UNSECURED       NOT FILED             .00            .00
MBNA AMERICA              UNSECURED       NOT FILED             .00            .00
MERCHANT COLLECTIONS      NOTICE ONLY     NOT FILED             .00            .00
MID AMERICA BANK          UNSECURED       NOT FILED             .00            .00
NCO                       NOTICE ONLY     NOT FILED             .00            .00
NICOR GAS                 UNSECURED         1184.89             .00         397.83
NICOR GAS                 UNSECURED       NOT FILED             .00            .00
NORTHSIDE L FED CREDIT U  UNSECURED         1150.60             .00         386.32
RETAILERS NATIONAL BANK   UNSECURED       NOT FILED             .00            .00
RISK MANAGEMENT ALTERNAT  NOTICE ONLY     NOT FILED             .00            .00
RPM INC                   NOTICE ONLY     NOT FILED             .00            .00
AT & T BANKRUPCTY         UNSECURED          693.01             .00         232.68
TEK COLLECT               UNSECURED       NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 17322 RAYMOND SIEGEL & COLLEN M SIEGEL
```

```
GM CARD                    UNSECURED       NOT FILED              .00              .00
VALENTINE & KEBARTAS INC   NOTICE ONLY     NOT FILED              .00              .00
FIRST NATL BANK OF BROOK   SECURED NOT I    4896.53               .00              .00
B-FIRST LLC                UNSECURED        6660.11               .00          2236.13
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY      2,985.00                          2,985.00
TOM VAUGHN                 TRUSTEE                                              576.37
DEBTOR REFUND              REFUND                                                   .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  11,400.00

PRIORITY                                              .00
SECURED                                            585.20
UNSECURED                                        7,253.43
ADMINISTRATIVE                                   2,985.00
TRUSTEE COMPENSATION                               576.37
DEBTOR REFUND                                         .00
                       ---------------     ---------------
TOTALS                   11,400.00            11,400.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 02/27/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE